**Motion Granted and Order filed February 3, 2014.**



In The

### 𝕱𝖔𝖚𝖗𝖙𝖊𝖊𝖓𝖙𝖍 𝕮𝖔𝖚𝖗𝖙 𝖔𝖋 𝕬𝖕𝖕𝖊𝖆𝖑𝖘

———————

### NO. 14-13-00996-CV
———————

### IN RE SHELBY LONGORIA, Relator

---

**ORIGINAL PROCEEDING**
**WRIT OF MANDAMUS**
**Probate Court No 1**
**Harris County, Texas**
**Trial Court Cause No. 414270**

---

### ORDER

On November 12, 2013, relator Shelby Longoria, filed a petition for writ of mandamus in this court. *See* Tex. Gov't Code § 22.221. Relator asks this court to order the Honorable Loyd Wright, Judge of the Probate Court No 1, in Harris County, Texas, to set aside his order dated October 11, 2013 denying relator's motion dismiss for forum non conveniens, or alternatively, to abate pending

1

resolution of the will contest and the Mexican litigation, entered in trial court number 414270, styled *In the Estate of Dorothy Louise Longoria, Deceased*. Relator claims respondent abused his discretion by denying the motion because Mexico is a more convenient forum.

On January 30, 2014, relator asked this court to stay proceedings in the trial court pending a decision on the petition for writ of mandamus. *See* Tex. R. App. P. 52.8(b), 52.10.

It appears from the facts stated in the petition and motion that relator's request for relief requires further consideration and that relator will be prejudiced unless immediate temporary relief is granted. We therefore **GRANT** relator's motion and issue the following order:

We **ORDER** all proceedings in trial court cause number 414270, *In the Estate of Dorothy Louise Longoria, Deceased,* **STAYED** until a final decision by this court on relator's petition for writ of mandamus, or until further order of this court.

PER CURIAM

Panel consists of Justices Christopher, Donovan, and Brown.